Blake KELLER, Petitioner–Appellant,

v.

Alberto R. GONZALES, United States Attorney General; Harley G. Lappin, Director, Bureau of Prisons; Lisa Hollingsworth, Warden, Federal Correctional Institution Cumberland, Respondents–Appellees.

No. 06–7991.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 11, 2007.

Decided: June 4, 2007.

Blake Keller, Appellant Pro Se. Larry David Adams, Assistant United States Attorney, Baltimore, Maryland, for Appellees.

Before MICHAEL, MOTZ, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Blake Keller, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Keller v. Gonzales,* No. 8:06–cv–01303–PJM (D.Md. Nov. 15, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*